Dismissed and Opinion filed June 19, 2003









Dismissed and Opinion filed June 19, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00643-CR

____________

 

CHERYL K. MERCANTEL, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 174th District Court

Harris County, Texas

Trial
Court Cause No. 841,566

 



 

M
E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to the offense of
credit/debit card abuse.  In accordance
with the terms of a plea bargain agreement with the State, on June 7, 2000, the
trial court deferred a finding of guilt and placed appellant on community
supervision for three years.  Pursuant to
the State=s motion to adjudicate appellant=s guilt, on April 17, 2003, the trial
court found appellant guilty and sentenced her to six months in a state jail
facility.  Appellant filed a pro se
notice of appeal.  Because appellant has
waived her right to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that appellant has waived the right of appeal.  See Tex.
R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Opinion
filed June 19, 2003.

Panel consists of Chief Justice
Brister and Justices Fowler and Edelman.

Do Not Publish C Tex. R. App. P. 47.2(b).